# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WDC EXPLORATION & WELLS HOLDING CORP.,<br><br>Debtor. | Chapter 7<br><br>Case No. 13-10402 (MFW) |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in the bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                         $3,750.00

    Prior to the filing of this statement I have received        $3,750.00

    Balance due                                                                       $0.00

2. The source of the compensation paid to me was:

    __x__ Debtor            _____ Other (specify)

3. The source of the compensation to be paid to me is:

    _____ Debtor            _____ Other (specify)

4. __x__ I have not agreed to share the above-disclosed compensation with any other person unless they are members, counsel and/or associates of my law firm.

    _____ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

a) Rendering advice to the debtor to aid in the debtor's exploration of various alternatives to filing a bankruptcy petition, including but not limited to filing no petitions, filing for dissolution under state law, filing a chapter 11 case or a chapter 7 case;

b) Consultation with co-counsel and board of directors;

c) Analyzing issues involving bank's UCC, foreclosure, tax issues, garnishments, litigations claims, preference claims, severance claims and operational issues of liquidation;

d) Preparation and filing of any petition, schedules and statements of financial affairs which may be required; and

e) Representation of the debtor at the meeting of creditors.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

3-21-13
Date

_____
Signature of attorney

Klehr Harrison Harvey Branzburg LLP
Name of law firm